NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants-Appellants,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., MURATA POWER SOLUTIONS, INC., AND POWER-ONE, INC.,**
*Defendants-Appellants.*

---

2011-1191, -1192, -1193, -1194

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

## ON MOTION

---

Before BRYSON, *Circuit Judge.*

### O R D E R

SynQor, Inc. moves to vacate the court's March 10, 2011 grant of the appellants' joint motion for a 60-day extension of time, until May 31, 2011, to file their opening briefs and to deny the appellants' motion for an extension of time. The appellants oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) SynQor's motion to vacate is granted.

(2) The appellants' motion for an extension of time is granted in part. The appellants shall file their briefs no later than May 2, 2011.

FOR THE COURT

**MAR 1 8 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Constantine L. Trela, Jr., Esq.
Steven N. Williams, Esq.
Alan D. Smith, Esq.
Eric W. Benisek, Esq.
William F. Lee, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2011

JAN HORBALY
CLERK